IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS STAHNKE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) NO. |
| | ) |
| ET TRANSPORT and PATRASCU SORIN, | ) |
| | ) JURY DEMANDED |
| Defendants. | ) |
| | ) |

## NOTICE OF REMOVAL

TO: The United States District Court for the Northern District of Illinois.

    Plaintiff's Counsel: Matthew A. Passen
Passen & Powell
One East Wacker Drive, Suite 1750
Chicago, IL 60601
P: (312) 527-4500
mpassan@passenlaw.com

NOW COMES Defendant, PATRASCU SORIN, by his attorneys, LEWIS BRISBOIS BISGAARD & SMITH LLP, and pursuant to 28 U.S.C. §1441, 28 U.S.C. §1446, and 28 U.S.C. § 1332, hereby files its Notice of Removal of this cause to the United States District Court for the Northern District of Illinois, from the Circuit Court of Cook County, Illinois, and respectfully states:

1. On October 8, 2019, Plaintiff filed an action in the Circuit Court of Cook County, Illinois, entitled *Thomas Stahnke v. ET Transport and Patrascu Sorin*, Case No. 2019 L 011069. (*See Complaint*, attached as **Ex. A**.) Defendant, Patrascu Sorin, in said action now files this Notice of Removal. Upon receiving a file-marked copy thereof, Defendant will serve this Notice of Removal upon Plaintiff as well as file a copy of this Notice of Removal with the Clerk of the Circuit Court of Cook County, Illinois.

2. A summons and copy of the Complaint was served on Patrascu Sorin on January 7, 2020. Accordingly, this Notice of Removal is timely filed within the 30 day deadline.

3. Plaintiff is a citizen of the state of Illinois and currently resides and has resided in Illinois.

4. Patrascu Sorin is a citizen of Canada and currently resides and has resided in Ontario Canada. (*See Request for Service Abroad of Judicial or Extrajudicial Documents*, attached as **Ex. B**.)

5. Based upon information and belief, Defendant 2063940 Ontario Inc d/b/a ET Transport ("ET Transport") has not yet been served with a summons or a complaint in the underlying Cook County matter. However, ET Transport is a Canadian corporation. Its principal place of business is located in the Province of Ontario, with its headquarters located at 500 Creditstone Road, Concord, Ontario L4K 3Z3725. Therefore, ET Transport is a citizen of Ontario, Canada. Once served, ET Transport will be represented by the same defense counsel as Mr. Sorin. The undersigned counsel for Mr. Sorin has confirmed that ET Transport supports removal of this case to this federal court.

6. The Complaint alleges that Plaintiff suffered personal injury when his vehicle collided with a tractor trailer driven by Patrascu Sorin and owned by ET Transport.

7. The Defendant's counsel herein has a good faith belief that the amount in controversy in this cause exceeds $75,000.00. Plaintiff alleges that he sustained injuries of a personal and pecuniary nature that exceed the jurisdictional minimum of the Law Division of the Circuit Court of Cook County. Plaintiff has demanded judgment in excess of $50,000.00. Moreover, based on the allegations in the Complaint, Plaintiff is claiming he sustained permanent and severe personal injuries; incurred and will incur ambulance, hospital, diagnostic, therapeutic, pharmaceutical, and other medical expenses; suffered and will suffer physical pain and suffering, emotional distress, loss

of normal life, loss of earnings; and sustained other injuries and damages of a personal and pecuniary nature. In addition, Defendant's counsel spoke to Plaintiff's counsel who stated that he could not assure counsel that Plaintiff would be seeking $75,000.00 or less in damages.

8.  Because this controversy is entirely between citizens of different states diverse from the Plaintiff and the forum, and the amount in controversy exceeds $75,000, Defendant desires to remove said cause from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois based on diversity jurisdiction.

WHEREFORE, Defendant, Patrascu Sorin, respectfully request that this case proceed before the United States District Court for the Northern District of Illinois as an action properly removed.

                Respectfully submitted,

                */s/ Scott C. Bentivenga*
                Scott C. Bentivenga (ARDC No. 6198298)
                Robert F. Kunkel (ARDC No. 6300269)
                **LEWIS BRISBOIS BISGAARD & SMITH LLP**
                550 West Adams Street, Suite 300
                Chicago, Illinois 60661
                P: (312) 345-1718
                F: (312) 345-1778
                Scott.Bentivenga@lewisbrisbios.com
                Robert.Kunkel@lewisbrisbios.com

Firm ID 63069

FILED
10/8/2019 8:06 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019 L 011069
6866953

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - LAW DIVISION

| | |
|---|---|
| THOMAS STAHNKE, | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) No. |
| ET TRANSPORT, and PATRASCU SORIN, | ) ) ) |
| Defendants. | ) ) |

## COMPLAINT AT LAW

### COUNT I - NEGLIGENCE
### (ET TRANSPORT)

Plaintiff, THOMAS STAHNKE, by and through his counsel, PASSEN & POWELL, and for Count I of his Complaint against ET TRANSPORT, alleges and states as follows:

1. At all times relevant herein, ET TRANSPORT was and is an interstate motor carrier operating within Cook County, Illinois.

2. At all times relevant herein, PATRASCU SORIN ("SORIN") was a professional motor carrier driver operating a tractor-trailer within the State of Illinois.

3. At all relevant times herein, SORIN was ET TRANSPORT's employee, actual agent, and/or apparent agent.

4. On October 18, 2017, SORIN was operating a 2017 Freightline Truck ("the tractor-trailer") in an eastbound direction on the ramp from I-90 at or near Rt. 53 in the City of Schaumburg Township, County of Cook, State of Illinois.

5. On October 18, 2017, SORIN was operating the tractor-trailer under ET TRANSPORT's motor carrier operating authority and U.S. DOT number 1359813.

*EXHIBIT A*

6. On October 18, 2017, and all relevant times herein, SORIN was acting within the course and scope of his employment, actual agency and/or apparent agency and was subject to ET Transport's control, acting pursuant to its directions and commands, and utilizing ET Transport's operating authority and equipment.

7. On October 18, 2017, THOMAS STAHNKE was driving a 2011 Sportage KIA 2009 in an eastbound direction on the ramp from I-90 in the City of Schaumburg Township, County of Cook, State of Illinois.

8. On October 18, 2017, SORIN was subject to the Federal Motor Carrier Safety Regulations ("FMCSR") and Illinois "Rules of the Road" and owed THOMAS STAHNKE, and others on the roadway a duty to use reasonable care in the operation of the tractor-trailer.

9. On October 18, 2017, the tractor-trailer operated by SORIN collided with the motor vehicle operated by plaintiff, THOMAS STAHNKE.

10. On and/or before October 18, 2017, ET TRANSPORT, by and through the actions and/or inactions of its employee and/or agent, SORIN, was negligent in one or more of the following respects:

   a. Failed to stay within its lane of traffic, in violation of 625 ILCS 5/11-709;
   b. Moved from its lane of traffic into another lane without ascertaining that such movement can be made with safety, in violation of 625 ILCS 5/11-709;
   c. Drove the tractor-trailer at a speed which was greater than reasonable and proper, in violation of 625 ILCS 5/11-601;
   d. Failed to pay careful attention to the roadway while operating the tractor-trailer;
   e. Failed to take appropriate evasive action to avoid striking another vehicle;
   f. Failed to maintain control over the tractor-trailer to avoid colliding with other vehicles;

g. Failed to use defensive driving techniques, including proper space management and lane usage;

h. Failed to decrease the speed of his tractor-trailer to avoid colliding with vehicles in front of him, in violation of the provisions of 625 ILCS 5/11-601;

i. Failed to exercise the same care and caution that a reasonably prudent person would have exercised under the same or similar circumstances all in violation of Parts 383, 384, 390, 391, 392, 393, 395, and 396 of the FMCSRs;

j. Failed to comply with the duties and prohibitions of driver regulations in violation of Parts 383, 384, 390, 391, 392, 393, 395, and 396 of the FMCSRs;

k. Failed to operate the tractor-trailer in a reasonably prudent manner in violation of Parts 383, 384, 390, 391, 392, 393, 395, and 396 of the FMCSRs;

l. Failed to give audible warning with the horn when such warning was reasonably necessary to ensure safety, in violation of 625 ILCS 5/12-601.

11. As a direct and proximate result of one or more of the aforementioned acts of carelessness and negligence, the ET TRANSPORT tractor-trailer driven by SORIN collided into the vehicle operated by THOMAS STAHNKE with great force.

12. As a direct and proximate result of the foregoing collision, THOMAS STAHNKE sustained permanent and severe personal injuries; incurred and will incur ambulance, hospital, diagnostic, therapeutic, pharmaceutical, and other medical expenses; suffered and will suffer physical pain and suffering, emotional distress, loss of normal life, loss of earnings; and sustained other injuries and damages of a personal and pecuniary nature.

WHEREFORE, Plaintiff, THOMAS STAHNKE, prays for the entry of judgment in his favor and against the Defendant, ET TRANSPORT, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000) DOLLARS plus costs.

## COUNT II – NEGLIGENCE
## (PATRASCU SORIN)

Plaintiff, THOMAS STAHNKE, by and through his attorneys, PASSEN & POWELL, for his Complaint at Law against the Defendant, PATRASCU SORIN, states as follows:

1-9. Plaintiff repeats, readopts and realleges Paragraphs 1 through 9 of Count I and Paragraphs 1 through 9 of Count II as if specifically alleged herein.

10. On and/or before October 18, 2017, SORIN was negligent in one or more of the following respects:

　　a. Failed to stay within its lane of traffic, in violation of 625 ILCS 5/11-709;

　　b. Moved from its lane of traffic into another lane without ascertaining that such movement can be made with safety, in violation of 625 ILCS 5/11-709;

　　c. Drove the tractor-trailer at a speed which was greater than reasonable and proper, in violation of 625 ILCS 5/11-601;

　　d. Failed to pay careful attention to the roadway while operating the tractor-trailer;

　　e. Failed to take appropriate evasive action to avoid striking another vehicle;

　　f. Failed to maintain control over the tractor-trailer to avoid colliding with other vehicles;

　　g. Failed to use defensive driving techniques, including proper space management and lane usage;

　　h. Failed to decrease the speed of his tractor-trailer to avoid colliding with vehicles in front of him, in violation of the provisions of 625 ILCS 5/11-601;

　　i. Failed to exercise the same care and caution that a reasonably prudent person would have exercised under the same or similar circumstances all in violation of Parts 383, 384, 390, 391, 392, 393, 395, and 396 of the FMCSRs;

　　j. Failed to comply with the duties and prohibitions of driver regulations in violation of Parts 383, 384, 390, 391, 392, 393, 395, and 396 of the FMCSRs;

　　k. Failed to operate the tractor-trailer in a reasonably prudent manner in violation of Parts 383, 384, 390, 391, 392, 393, 395, and 396 of the FMCSRs;

4

l. Failed to give audible warning with the horn when such warning was reasonably necessary to ensure safety, in violation of 625 ILCS 5/12-601.

11. As a direct and proximate result of one or more of the aforementioned acts of carelessness and negligence, the tractor-trailer driven by SORIN collided into the vehicle operated by THOMAS STAHNKE with great force.

12. As a direct and proximate result of the foregoing collision, THOMAS STAHNKE sustained permanent and severe personal injuries; incurred and will incur ambulance, hospital, diagnostic, therapeutic, pharmaceutical, and other medical expenses; suffered and will suffer physical pain and suffering, emotional distress, loss of normal life, loss of earnings; and sustained other injuries and damages of a personal and pecuniary nature.

WHEREFORE, Plaintiff, THOMAS STAHNKE, prays for the entry of judgment in his favor and against the Defendant, PATRASCU SORIN, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000) DOLLARS plus costs.

Respectfully submitted,

**PASSEN & POWELL**

By: _____
Attorney for Plaintiff

**PASSEN & POWELL**
Matthew A. Passen (mpassen@passenlaw.com)
Jordan S. Powell (jpowell@passenpowell.com)
One East Wacker Drive, Suite 1750
Chicago, Illinois 60601
(312)527-4500
Firm ID 63069

Firm ID 63069

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT - LAW DIVISION

| | |
|---|---|
| THOMAS STAHNKE, | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) No. |
| ET TRANSPORT, and PATRASCU SORIN, | ) ) ) |
| Defendants. | ) ) |

### AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222(B)

AFFIDAVIT PURSUANT TO ILLINOIS SUPREME COURT RULE 222 I, MATTHEW A. PASSEN, under oath and subject to the penalties of perjury, depose and state that the damages sought in this cause exceed the sum of FIFTY THOUSAND DOLLARS ($50,000.00). Pursuant to 735 ILCS 5/1-109, the undersigned certifies that the foregoing Affidavit is true and correct based upon the personal knowledge of the undersigned.

Respectfully Submitted,

**PASSEN & POWELL**

By: _/s/ Matthew Passen_____
Attorneys for the Plaintiff

Matthew A. Passen
mpassen@passenpowell.com
Jordan S. Powell
jpowell@passenpowell.com
**PASSEN & POWELL**
One East Wacker Drive, Suite 1750
Chicago, IL 60601
(312) 527-4500
Attorney No. 63069

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Illinois

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Diane K. Myers**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: DMyers@CivilActionGroup.com | **MINISTRY OF THE ATTORNEY GENERAL**<br>**Ontario Court of Justice**<br>**Courthouse, 393 Main Street**<br>**Haileybury, Ontario**<br><br>**P0J 1K0**<br>**Canada** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(*identité et adresse*)   **Patrascu Sorin**
           16 Cloverhill Road, Hamilton, Ontario, Canada, L9C3L5
                     Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
  *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
  *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
  *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Énumération des pièces*

Summary of the Document to Be Served
Alias Summons
Complaint at Law
Affidavit Pursuant to Supreme Court Rule 222(B)
_____
_____
_____
_____

Done at                                       , the
*Fait à* Minneapolis, Minnesota, U.S.A.     , *le* 12-6-19

Signature and/or stamp.
*Signature et/ou cachet.*

_____
(Formerly OBD-116 which was formerly LAA-116,     USM-94
both of which may still be used)                 (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

**EXHIBIT B**

281775 - 1

Case Name: Stahnke v. ET Transport
Defendant: Patrascu Sorin
Court Case No.: 2019 L 011069

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* _____
   - at (place, street, number)
   - *à (localité, rue numéro)* _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         a) *selon les formes légales (article 5, alinéa premier, lettre a).*
     [ ] (b) in accordance with the following particular method*:
         b) *selon la forme particulière suivante:* _____

     ~~[ ] (c) by delivery to the addressee, who accepted it voluntarily.*~~
     ~~c) *par remise simple.*~~

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to Be Served, Alias Summons, Complaint at Law, Affidavit Pursuant to Supreme Court Rule 222(B)

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

**Done at** _____ **, the** _____
*Fait à* _____ *, le* _____

**Signature and/or stamp.**
*Signature et/ou cachet.*

_____

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

281775 - 1

**WARNING**
AVERTISSEMENT

---

**Identity and address of the addressee**
Identité et adresse du destinataire

Patrascu Sorin
16 Cloverhill Road, Hamilton, Ontario, Canada, L9C3L5

---

**IMPORTANT**

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

**ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:**

Illinois State Bar Association, Chicago Regional Office, 20 S. Clark St., Suite 900, Chicago, IL 60603-1802 USA; Telephone (312) 726-8775; www.isba.org / Lawyer Referral (Chicago Bar Association), Tel: (312) 554-2001

TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

Illinois State Bar Association, Chicago Regional Office, 20 S. Clark St., Suite 900, Chicago, IL 60603-1802 USA; Telephone (312) 726-8775; www.isba.org / Lawyer Referral (Chicago Bar Association), Tel: (312) 554-2001

---

**It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaries et extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

**(article 5, fourth paragraph)**
*(article 5, alinéa 4)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:* Diane K. Myers
APS INTERNATIONAL, LTD
APS International Plaza, 7800 Glenroy Road, Minneapolis, Minnesota 55439-3122, U.S.A.

**Particulars of the parties*:**
*Identité des parties* Stahnke v. ET Transport

LIST OF DOCUMENTS: Summary of the Document to Be Served, Alias Summons, Complaint at Law, Affidavit Pursuant to Supreme Court Rule 222(B)

### JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:* The purpose of this document is to inform **Patrascu Sorin** that a lawsuit has been started against them and that they have been joined as a defendant.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:* Plaintiff's claim against the defendant is for damages and other relief in an amount to be determined as a result of the defendant's negligence. See attached documents for additional information.

**Date and place for entering appearance**:**
*Date et lieu de la comparution:* Defendant is required to file an answer to the complaint, or otherwise file an appearance, with the Clerk of Circuit Court of Cook County, Illinois USA within 30 days after service of the attached documents, not counting the day of service. E-filing is now mandatory. See attached documents for additional information.

**Court which has given judgment**:**
*Juridiction qui a rendu la décision:* N/A

**Date of judgment**:**
*Date de la décision:* N/A

**Time limits stated in the document**:**
*Indication des délias figurant dans l'acte:* Defendant has 30 days after service of the attached documents, not counting the day of service, in which to file an answer to the complaint, or otherwise file an appearance with the clerk of court.
Failure to do so may result in the plaintiff(s) taking a default judgment against the defendant for the relief demanded in the complaint.

### EXTRAJUDICIAL DOCUMENT**
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:* N/A

**Time limits stated in the document**:**
*Indication des délias figurant dans l'acte* N/A

---

\* If appropriate, identity and address of the person interested in the transmission of the document.
*S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\* Delete if inappropriate.
*Rayer les mentions inutiles.*

3

281775 - 1

FILED
12/4/2019 4:07 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L011069

7601777

| 2120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |

Summons - Alias Summons

(08/01/18) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Thomas Stahnke,

(Name all parties)

v.

ET Transport, et al.

Case No. 2019 L 011069

Please serve: patraeu Sovin
16 Clerenhiu Rd.
Hamilton ON
L9C 3L5

☐ SUMMONS  ☑ ALIAS SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 1 of 3

Summons - Alias Summons (08/01/18) CCG 0001 B

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

Atty. No.: 63069

Atty Name: Passen & Powell

Atty. for: Plaintiff

Address: One E Wacker Drive, Suite 1750

City: Chicago

State: IL   Zip: 60601

Telephone: 312-527-4500

Primary Email: mpassen@passenpowell.com

Witness: _____

12/4/2019 4:07 PM DOROTHY BROWN

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person):

# CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

Richard J Daley Center
50 W Washington
Chicago, IL 60602

District 2 - Skokie
5600 Old Orchard Rd
Skokie, IL 60077

District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

District 4 - Maywood
1500 Maybrook Ave
Maywood, IL 60153

District 5 - Bridgeview
10220 S 76th Ave
Bridgeview, IL 60455

District 6 - Markham
16501 S Kedzie Pkwy
Markham, IL 60428

Domestic Violence Court
555 W Harrison
Chicago, IL 60607

Juvenile Center Building
2245 W Ogden Ave, Rm 13
Chicago, IL 60602

Criminal Court Building
2650 S California Ave, Rm 526
Chicago, IL 60608

## Daley Center Divisions/Departments

Civil Division
Richard J Daley Center
50 W Washington, Rm 601
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Chancery Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Domestic Relations Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Civil Appeals
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Criminal Department
Richard J Daley Center
50 W Washington, Rm 1006
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

County Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Probate Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Law Division
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Traffic Division
Richard J Daley Center
50 W Washington, Lower Level
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm